# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ROBERT T. CUSHMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AXXIOM MANUFACTURING, INC. )<br>and ALLREDI, LLC, )<br>)<br>Defendants. )<br>) | Civil Action File No.: _____ |

## NOTICE OF REMOVAL

COMES NOW, Defendant AXXIOM MANUFACTURING, INC. ("Axxiom") by and through undersigned counsel, and within the time period prescribed by law, and file this Notice of Removal, respectfully showing the Court as follows:

1.

Plaintiff Robert Cushman filed suit against Defendants in the State Court of Gwinnett County, Georgia on August 3, 2022, asserting claims of: (1) Strict Liability/Product Liability - Axxiom, (2) Products Liability: Failure to Warn/Instruct – Axxiom, (3) Negligence of Axxiom, and (4) Negligence of Allredi. A true and correct copy of the original Complaint is attached hereto as Exhibit A.

2.

This suit is styled as above and numbered Civil Action File No. 22-C-4328-S1 in that Court.

3.

Subsequently, Plaintiff filed a First Amended Complaint and Second Amended Complaint on June 22, 2023 and January 30, 2024, respectively, asserting additional claims of: (5) Gross Negligence by Allredi, and (6) Punitive Damages, Attorneys' Fees and Costs. True and correct copies of Plaintiff's First Amended Complaint and Second Amended Complaint are attached hereto as Exhibit B and C.

4.

On May 15, 2024, Plaintiff filed a Third Amended Complaint asserting an additional claim of negligence *per se* against Axxiom. A true and correct copy of Plaintiff's Third Amended Complaint is attached hereto as Exhibit D. In particular, Plaintiff alleges that Axxiom, among other things, violated 46 CFR § 54.15-5(a) which regulates "pressure-relief devices."

5.

Accordingly, Plaintiff's Third Amended Complaint asserts a federal question under 28 U.S.C. § 1331.

6.

This action is properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.

Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims that are so related to Plaintiff's federal causes of action "that they form part of the same case or controversy under Article III of the United States Constitution." State law claims fall within this Court's supplemental jurisdiction when they share with the federal claims "a common nucleus of operative fact . . . such that [the plaintiff] would ordinarily be expected to try them all in one judicial proceeding." *United Mine Workers of Am. V. Gibbs*, 383 U.S. 715, 725 (1966).

8.

Here, Plaintiff's state law claims for negligence and product liability arise from the same common nucleus of operative fact as Plaintiff's claim for violation of 46 CFR § 54.15-5(a). Therefore, this Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

9.

All defendants that have been properly joined and served have consented to the removal of this action. *See* 28 U.S.C. § 1446(b)(2)(A).

10.

This Notice of Removal has been timely filed within 30 days after service of process of the Third Amended Complaint, which has first caused this case to become removable, as required by 28 U.S.C. § 1446(b).

11.

In accordance with 28 U.S.C. § 1466, copies of this Notice of Removal will be promptly served upon counsel for all adverse parties and filed with the Clerk of the State Court of Gwinnett County, Georgia. A true and correct copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit E.

12.

A true and correct copy of all pleadings and orders which have been filed into the state court action, as listed in the table below, are filed herewith.

| Exhibit 1 | 2022.08.03 Case Filing Info Form |
| Exhibit 2 | 2022.08.03 Plaintiff's Complaint |
| Exhibit 3 | 2022.08.03 Summons to Allredi |
| Exhibit 4 | 2022.08.03 Summons to Axxiom Manufacturing, Inc |
| Exhibit 5 | 2022.08.16 Sheriff's Entry of Service on Axxiom with Affidavit |
| Exhibit 6 | 2022.08.19 Affidavit of Service |
| Exhibit 7 | 2022.09.07 Axxiom Answer |
| Exhibit 8 | 2022.09.16 Answer Allredi |
| Exhibit 9 | 2022.11.08 LOA - Ervin M. Hall Jr. (2022-2023) |
| Exhibit 10 | 2022.11.17 Certificate of Service of Discovery Material |

| Exhibit 11 | 2022.11.17 Certificate of Service of Discovery Material |
| --- | --- |
| Exhibit 12 | 2022.12.12 Certificate of Service of Discovery Material |
| Exhibit 13 | 2022.12.19 Plaintiff's Suppl Answer to Defendant's First Interrogatories to Plaintiff |
| Exhibit 14 | 2022-10-05 – Rule 5.2 Certificate of Service - ROGs & RPDs to Plaintiff |
| Exhibit 15 | 2022-12-15 – Rule 5.2 Certificate of Service ROGs & RPDs Responses to Plaintiff |
| Exhibit 16 | 2022-12-22 – Rule 5.2 Certificate of Service – Defendant's Supp. Resp. to Plaintiff's 1st RPD |
| Exhibit 17 | 2023.02.13 Axxiom's Certificate of Service NPRPDs |
| Exhibit 18 | 2023.02.28 Consent Motion to Extend Discovery |
| Exhibit 19 | 2023.03.06 Certificate of Service of Discovery Material |
| Exhibit 20 | 2023.03.09 1st Case Management and Mediation Order |
| Exhibit 21 | 2023.03.09 Certificate of Service of Discovery Material |
| Exhibit 22 | 2023.03.16 Certificate of Service of Discovery Material Superior's Responses and Objections to Allredi's RPDs |
| Exhibit 23 | 2023.03.27 - EOA Sub. of Counsel (A. Ortiz) |
| Exhibit 24 | 2023.03.27 Certificate of Service of Discovery Material |
| Exhibit 25 | 2023.03.30 Substitution of Counsel |
| Exhibit 26 | 2023.04.04 Certificate of Service of Discovery Material |
| Exhibit 27 | 2023.04.10 COSD - Superior's Responses and Objections to Plaintiff's Third-Party RPDs |
| Exhibit 28 | 2023.04.11 Certificate of Service of Discovery Material |
| Exhibit 29 | 2023.04.18 Certificate of Service of Discovery Material |
| Exhibit 30 | 2023.04.20 Certificate of Service of Discovery Material |
| Exhibit 31 | 2023.04.28 Certificate of Service of Discovery Material |
| Exhibit 32 | 2023.05.05 Certificate of Service of Discovery Material |
| Exhibit 33 | 2023.05.05 MLB LOA 2023 |
| Exhibit 34 | 2023.05.08 Notice of Nonparty Fault (Allredi) |
| Exhibit 35 | 2023.05.15 Certificate of Service of Discovery Material |
| Exhibit 36 | 2023.05.19 Rule 5.2 Certificate of Service (Defendant's Resp. to Plaintiff's 2nd RPDs) |
| Exhibit 37 | 2023.05.19 Certificate of Service of Discovery Material |
| Exhibit 38 | 2023.05.31 Consent Motion to Continue Trial |
| Exhibit 39 | 2023.05.31 Consent Motion to Extend Discovery |
| Exhibit 40 | 2023.06.09 Amended Case Management and Mediation Order |
| Exhibit 41 | 2023.06.21 - EOA As Additional Counsel (CCS) |
| Exhibit 42 | 2023.06.21 Certificate of Service of Discovery Material |
| Exhibit 43 | 2023.06.22 5.2 COS Axxiom |
| Exhibit 44 | 2023.06.22 Amended Complaint |

| | |
|---|---|
| Exhibit 45 | 2023.07.12 Certificate of Service of Discovery Material |
| Exhibit 46 | 2023.07.25 Certificate of Service of Discovery Material |
| Exhibit 47 | 2023.07.28 Certificate of Service of Discovery Material |
| Exhibit 48 | 2023.08.21 Consent Motion to Extend Discovery |
| Exhibit 49 | 2023.08.25 5.2 Certificate of Service Axxiom Response to RFA's |
| Exhibit 50 | 2023.09.14 Certificate of Service of Discovery Material |
| Exhibit 51 | 2023.09.25 EOA as Additional Counsel - HMK |
| Exhibit 52 | 2023.09.26 Final Case Management and Mediation Order |
| Exhibit 53 | 2023.10.13 LOA - HMK |
| Exhibit 54 | 2023.10.16 Def Axxiom's Objection to Plaintiff's 30b6 Video Depo Notice |
| Exhibit 55 | 2023.10.18 Certificate of Service of Discovery Material |
| Exhibit 56 | 2023.10.18 Def Axxiom's Amended Response in Objection to Plaintiff's 30b6 Notice |
| Exhibit 57 | 2023.10.31 Rule 5.2 Certificate of Service |
| Exhibit 58 | 2023.11.14 Def Axxiom's Notice of Non-Party Fault |
| Exhibit 59 | 2023.11.15 Certificate of Service of Discovery Material |
| Exhibit 60 | 2023.11.30 Certificate of Service of Discovery Material |
| Exhibit 61 | 2023.12.07 Certificate of Service of Discovery Material |
| Exhibit 62 | 2023.12.07 Notice of Leave of Absence |
| Exhibit 63 | 2023.12.18 Rule 5.2 Certificate of Service - Axxiom's Responses to Plaintiff's 4th RPD's |
| Exhibit 64 | 2023.12.19 LOA- Melissa Bailey |
| Exhibit 65 | 2023.12.20 LOA -HMK |
| Exhibit 66 | 2023.12.29 Rule 5.2 Certificate of Service NOD- Expert Depositions |
| Exhibit 67 | 2024. 02. 08 Allredi - MNP Pro Hac Applications |
| Exhibit 68 | 2024.01.05 Rule 5.2 Certificate of Service |
| Exhibit 69 | 2024.01.11 Certificate of Service of Discovery Material |
| Exhibit 70 | 2024.01.12 NOD of Plaintiff |
| Exhibit 71 | 2024.01.12 NOD of Daniel Navarro |
| Exhibit 72 | 2024.01.17 Certificate of Service of Discovery Material |
| Exhibit 73 | 2024.01.24 Notice of Change of Address (Bushnell) |
| Exhibit 74 | 2024.1.30 Second Amended Complaint |
| Exhibit 75 | 2024.02.02 Certificate of Service of Discovery Material |
| Exhibit 76 | 2024.02.07 Certificate of Service of Discovery Material |
| Exhibit 77 | 2024.02.13 Rule 5.2 Certificate of Service |
| Exhibit 78 | 2024.02.13 Certificate of Service of Discovery Material |
| Exhibit 79 | 2024.02.16 Certificate of Service of Discovery Material |
| Exhibit 80 | 2024.02.16 Notice of Leave of Absence (Bushnell) |
| Exhibit 81 | 2024.02.19 Joint Motion to Amend Case Management Order |

| Exhibit 82 | 2024.02.23 Order Amending Case Management and Mediation Deadline Order |
| --- | --- |
| Exhibit 83 | 2024.02.23 Pro Hac Vice - Mukti Patel |
| Exhibit 84 | 2024.03.07 Certificate of Service of Discovery Material |
| Exhibit 85 | 2024.03.07 Letter Correspondence - Mukti Patel |
| Exhibit 86 | 2024.03.21 Certificate of Service of Discovery Material |
| Exhibit 87 | 2024.04.15 Mukti Patel-SBG Letter |
| Exhibit 88 | 2024.04.18 Certificate of Service of Discovery Material |
| Exhibit 89 | 2024.04.23 Notice of Leave of Absence (Bushnell) |
| Exhibit 90 | 2024.04.29 Notice of Leave of Absence (Bushnell) |
| Exhibit 91 | 2024.04-30 Rule 5.2 Certificate of Service |
| Exhibit 92 | 2024.05.15 Plaintiff's Third Amended Complaint |
| Exhibit 93 | 2024.05.28 Mediation Report |
| Exhibit 94 | 2024.06.03 Answer to Third Amended Complaint |
| Exhibit 95 | 2024.06.03 Motion for Special Setting |
| Exhibit 96 | 202306.09 Amended Case Management and Mediation Order |

13.

WHEREFORE, Defendant Axxiom respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 13th day of June, 2024.

|  |  |
|---|---|
| | COPELAND, STAIR, VALZ & LOVELL, LLP |
| | By:   */s/ Caroline C. Sims* |
| | MELISSA L. BAILEY |
| 191 Peachtree Street NE | State Bar No.: 804341 |
| Suite 3600 | CAROLINE C. SIMS |
| P.O. Box 56887 (30343-0887) | State Bar No.: 897563 |
| Atlanta, Georgia 30303-1740 | HAYLEY M. KEHNER |
| Phone: 404-522-8220 | State Bar No.: 599519 |
| Fax: 404-523-2345 | |
| mbailey@csvl.law | *Attorneys for Defendant Axxiom* |
| csims@csvl.law | *Manufacturing, Inc.* |
| hkehner@csvl.law | |