E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-04328-S1**
**9/7/2022 3:41 PM**
**TIANA P. GARNER, CLERK**

# IN THE STATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ROBERT T. CUSHMAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AXXIOM MANUFACTURING, INC. and )<br>ALLREDI, LLC, )<br>)<br>Defendant. ) | Civil Action<br>File No.: 22-C-4328-S1 |

## DEFENDANT AXXIOM MANUFACTURING, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Axxiom Manufacturing, Inc. ("Defendant" or "Axxiom"), by and through the undersigned counsel of record, and files this Answer to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

All or part of Plaintiff's Complaint fails to state a claim upon which relief can be granted pursuant to O.C.G.A. § 9-11-12 and all or part of Plaintiff's Complaint should be dismissed on those grounds.

### SECOND DEFENSE

Axxiom asserts venue and jurisdiction over it may be improper.

### THIRD DEFENSE

Axxiom did not breach any legal duty owed to Plaintiff.

### FOURTH DEFENSE

Any injuries allegedly sustained by Plaintiff resulted from their misuse of the

instrumentality in question, or the abnormal and unforeseeable use of the instrumentality by persons over whom Axxiom had no control.

### FIFTH DEFENSE

Plaintiff's claims are preempted, in whole or in part, by state and federal laws and regulations governing the labeling and use of the products at issue.

### SIXTH DEFENSE

At all times material hereto, Axxiom met or exceeded the applicable standard of care and acted in good faith.

### SEVENTH DEFENSE

Axxiom provided instructions and warnings regarding the use of their product insofar as to put Plaintiff on notice about its proper use and risks of improper usage.

### EIGHTH DEFENSE

Axxiom did not proximately cause any damages allegedly sustained by Plaintiff.

### NINTH DEFENSE

All special damages not itemized and specifically pled in Plaintiff's Complaint are barred, pursuant to O.C.G.A. § 9-11-9(g).

### TENTH DEFENSE

The sole and proximate cause of the injuries to Plaintiff and the damages claimed by Plaintiff were the intentional actions or negligence of a person or entities other than Axxiom.

### ELEVENTH DEFENSE

Axxiom reserves the right to plead and prove such other defenses as may become

known to it during the course of his investigation and discovery.

## TWELFTH DEFENSE

Plaintiff's claims against Axxiom are barred by the sophisticated intermediary doctrine.

## THIRTEENTH DEFENSE

In response to the numbered allegations contained in Plaintiff's Complaint, this Axxiom responds as follows:

## NATURE OF THE ACTION

1.

Upon information and belief, Axxiom can neither admit nor deny the allegations contained in Paragraph 1 of Plaintiff's complaint, and therefore denies the same.

## PARTIES

2.

Axxiom can neither admit nor deny the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Axxiom admits that is incorporated in North Carolina and that its registered agent is located in North Carolina. However, Axxiom denies remaining the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.

Axxiom admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.

Axxiom admits the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.

Axxiom admits that it distributed the AirPrep System to Allredi. Axxion can neither admit nor deny the remaining allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Axxiom can neither admit nor deny the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

Axxiom can neither admit nor deny the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

Axxiom can neither admit nor deny the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.

Axxiom can neither admit nor deny the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.

Axxiom can neither admit nor deny the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.

Axxiom can neither admit nor deny the allegations contained in Paragraph 12 of

Plaintiff's Complaint.

13.

Axxiom can neither admit nor deny the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.

Axxiom can neither admit nor deny the allegations contained in Paragraph 14 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

15.

Paragraph 15 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem further response necessary, Axxiom admits this Court has subject matter jurisdiction over the matter. Axxiom denies the remaining allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.

Paragraph 16 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem further response necessary, Axxiom denies the allegations contained in Paragraph 16 of the Complaint.

17.

Paragraph 17 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem any further response necessary, Axxiom can neither admit nor deny the allegations contained in Paragraph 17 of Plaintiff's Complaint, and therefore denies the same.

18.

Paragraph 18 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem any further response necessary, Axxiom can neither admit nor deny the allegations contained in Paragraph 18 of Plaintiff's Complaint, and therefore denies the same.

**FACTS**

19.

Axxiom can neither admit nor deny the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20.

Axxiom can neither admit nor deny the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21.

Axxiom can neither admit nor deny the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.

Axxiom admits the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.

Axxiom admits the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.

Axxiom can neither admit nor deny the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25.

Axxiom can neither admit nor deny the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26.

Axxiom can neither admit nor deny the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27.

Axxiom can neither admit nor deny the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28.

Axxiom can neither admit nor deny the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29.

Axxiom can neither admit nor deny the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30.

Axxiom admits that the unit depicted on the photograph contained at Paragraph 30 is one of the systems that it manufactures. Axxiom can neither confirm nor deny that the specific unit that is the subject of the incident is depicted accurately in the photograph. Axxiom further can neither admit nor deny the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31.

Axxiom can neither admit nor deny the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32.

Axxiom admits the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33.

Axxiom admits a pressure relief valve is needed for the AirPrep System. Axxiom further responds that the responsibility to install the pressure relief valve falls on the owner following purchase of the unit. Axxiom was not the owner of the system at the time of the incident. Axxiom denies the remaining allegations contained in Paragraph 33 of Plaintiff's Complaint as stated.

**COUNT 1 – STRICT LIABILITY/PRODUCT LIABILITY: AXXIOM**

Axxiom incorporates its prior responses to Paragraphs 1-33 of Plaintiff's Complaint as if fully re-stated verbatim herein.

34.

Axxiom denies the allegations contained in Paragraph 34 of Plaintiff's Complaint as stated.

35.

Axxiom admits that it was in the business of designing and manufacturing the AirPrep System. Axxiom denies the remaining allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.

Axxiom admits that it was in the business of designing, manufacturing, and distributing the AirPrep System. Axxiom denies the remaining allegations contained in Paragraph 36 of Plaintiff's Complaint as pled.

37.

Axxiom admits that their manual states that a pressure relief device is needed. Axxiom further responds that the responsibility to install the pressure relief valve falls upon the owner following purchase of the unit. Axxiom was not the owner of the system at the time of the incident. Axxiom denies the remaining allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.

Axxiom denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39.

Axxiom denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.

Axxiom denies the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41.

Axxiom admits the AirPrep System was for abrasive blasting. Axxiom denies the remaining allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.

Axxiom admits the AirPrep System would be sold to customer such as Allredi. Axxiom denies the remaining allegations contained in Paragraph 42 of Plaintiff's

Complaint.

43.

Axxiom denies the allegations contained in Paragraph 43 inclusive of all subparagraphs a) through k) of Plaintiff's Complaint.

44.

Axxiom denies the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45.

Axxiom denies the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46.

Axxiom denies the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47.

Axxiom can neither admit not deny the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48.

Axxiom denies the allegations contained in Paragraph 48 of Plaintiff's Complaint.

49.

Axxiom denies the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50.

Axxiom denies the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.

Axxiom can neither admit nor deny the allegations contained in Paragraph 51 of

Plaintiff's Complaint.

52.

Axxiom denies the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53.

Axxiom denies the allegations contained in Paragraph 53 of Plaintiff's Complaint as pled.

54.

Axxiom denies the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55.

Axxiom denies the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56.

Axxiom denies the allegations contained in Paragraph 56 of Plaintiff's Complaint.

**COUNT II PRODUCT LIABILITY:  FAILURE TO WARN/INSTRUCT AXXIOM**

Axxiom incorporates its prior responses to Paragraphs 1-56 of Plaintiff's Complaint as if fully re-stated verbatim herein.

57.

Axxiom can neither admit nor deny the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58.

Axxiom denies the allegations contained in Paragraph 58 inclusive of all subparagraphs a) through e) of Plaintiff's Complaint.

59.

Axxiom denies the allegations contained in Paragraph 59 of Plaintiff's Complaint.

## COUNT III – NEGLIGENCE OF AXXIOM

Axxiom incorporates its prior responses to Paragraphs 1-59 of Plaintiff's Complaint as if fully re-stated verbatim herein.

60.

Axxiom denies the allegations contained in Paragraph 60 inclusive of all subparagraphs a) through c) of Plaintiff's Complaint.

## COUNT IV – NEGLIGENCE OF ALLREDI

Axxiom incorporates its prior responses to Paragraphs 1-60 of Plaintiff's Complaint as if fully re-stated verbatim herein.

61.

Axxiom can neither admit nor deny the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62.

Axxiom can neither admit nor deny the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63.

Axxiom can neither admit nor deny the allegations contained in Paragraph 63 inclusive of all subparagraphs a) through e) of Plaintiff's Complaint.

64.

Axxiom can neither admit nor deny the allegations contained in Paragraph 64 of

Plaintiff's Complaint.

65.

Axxiom can neither admit nor deny the allegations contained in Paragraph 65 inclusive of all subparagraphs a) through g) of Plaintiff's Complaint.

### INJURIES AND DAMAGES

Axxiom incorporates its prior responses to Paragraphs 1-65 of Plaintiff's Complaint as if fully re-stated verbatim herein.

66.

Axxiom denies the allegations contained in Paragraph 66 inclusive of all subparagraphs a) through o) of Plaintiff's Complaint.

67.

Axxiom denies the allegations and request for recovery contained in Paragraph 67 of Plaintiff's Complaint.

68.

Axxiom denies the allegations and request for recovery contained in Paragraph 68 of Plaintiff's Complaint.

### DEMAND FOR JURY TRIAL

Axxiom incorporates its prior responses to Paragraphs 1-68 of Plaintiff's Complaint as if fully re-stated verbatim herein.

69.

Defendant does not object to Plaintiff's request for a trial by jury.

70.

Defendant denies the "WHEREFORE" paragraph in Plaintiff's Complaint constituting Plaintiff's prayer for relief.

Any allegations in the Complaint not answered herein are denied in their entirety.

WHEREFORE, having fully responded to the Complaint, Defendant demands that same be dismissed. Defendant further **demands a trial by a twelve person jury** as to all triable issues.

This 7th day of September, 2022.

**COPELAND, STAIR, VALZ & LOVELL, LLP**

By: */s/ Ervin M. Hall, Jr.*
MELISSA L. BAILEY
Georgia Bar No.: 804341
ERVIN M. HALL, JR.
Georgia Bar No.: 875861

*Attorneys for Defendant Axxiom Manufacturing, Inc.*

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30303-1740
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
mbailey@csvl.law
ehall@csvl.law

# IN THE STATE COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| ROBERT T. CUSHMAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AXXIOM MANUFACTURING, INC. and )<br>ALLREDI, LLC, )<br>)<br>Defendant. ) | Civil Action<br>File No.: 22-C-4328-S1 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendant Axxiom Manufacturing, Inc.'s Answer to Plaintiff's Complaint** upon all parties to this matter via electronic filing and service to counsel of record as follows:

| | |
|---|---|
| David Sleppy<br>Cathey & Strain, LLC<br>PO Box 689<br>Cornelia, GA 30531<br>dsleppy@catheyandstrain.com | Christopher A. Jones<br>Christopher A. Jones, LLC<br>P.O. Box. 1250<br>Cleveland, Georgia 30528<br>chris@ngalaw.com |

*Attorneys for Plaintiffs*

This 7th day of September, 2022.

191 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia  30303-1740
404-522-8220
..........
P.O. Box 56887
Atlanta, Georgia  30343-0887
mbailey@csvl.law
ehall@csvl.law

**COPELAND, STAIR, VALZ & LOVELL, LLP**

By:   */s/ Ervin M. Hall, Jr.*
      MELISSA L. BAILEY
      Georgia Bar No.: 804341
      ERVIN M. HALL, JR.
      Georgia Bar No.: 875861
      *Attorneys for Defendant Axxiom Manufacturing, Inc.*